UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-24644-Civ-COOKE/TORRES

AURELY JANNETT GUTIERREZ
REYES and all others similarly
situated,

    Plaintiffs,

vs.

RUBEN VARELA and
VANESA GARRIDO,

    Defendants.

_____/

**ORDER REFERRING CASE TO MAGISTRATE JUDGE**

    THIS CASE is referred to the Honorable Edwin G. Torres, United States Magistrate Judge for the Southern District of Florida, for appropriate resolution of all non-dispositive pretrial matters, as well as motions for attorney's fees and costs and motions for sanctions, in accordance with 28 U.S.C. §§ 636(b)(1)(A) and (B).  ***Motions in Limine and any motion affecting deadlines set by the Court's Scheduling Order are excluded from this referral, unless specifically referred by separate order.***

    The Parties are notified that all subsequent pleadings bearing on matters referred to the Magistrate Judge shall be so designated by setting forth beneath the case number the identity of the Magistrate Judge to which the matter has been referred and the date of the Order of Reference.

    **DONE and ORDERED** in chambers at Miami, Florida, this 29th day of December 2015.

*Marcia G. Cooke* (signature)
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*