UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: CASE NO.: 1:15-CV-24644-MGC

AURELY JANNETT GUTIERREZ REYES )
and all others similarly situated under 29 )
U.S.C. 216(b), )
                                         )
              Plaintiff,                 )
       vs.                               )
                                         )
RUBEN VARELA,                            )
VANESA GARRIDO,                          )
                                         )
              Defendants.                )
_____    )

## STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel and files his Statement of Claim and states as follows

Period of time: July 3, 2015 – August 3, 2015

- Number of Weeks in Period: 4 Weeks
- Average Hours: 91
- Minimum Wage: $8.05
- Rate of Pay: $3.85 per hour
- Wage Owed : $4.20
- Amount owed: $4.20 x 91 hrs/week x 4 weeks = $1,528.80
- Liquidated Damages Claimed: $3,057.60

Period of time: August 4, 2015 – October 19, 2015

- Number of Weeks in Period: 11 Weeks

- Average Hours: 56

- Minimum Wage: $8.05

- Rate of Pay: $1.19 per hour

- Wage Owed : $6.86

- Amount owed: $6.86 x 56 hrs/week x 11weeks = $4,225.76

- Liquidated Damages Claimed: $8,451.52


- Total Amount Claimed: ($3,057.60 + $8,451.52) = **$11,509.12  + Attorneys Fees and Costs**

Dated this 26th day of January, 2016.

        Respectfully Submitted,

        J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167

By:  /s/ *Stephen M. Fox Jr*
Stephen Michael Fox Jr
Florida Bar No.: 0110359

## CERTIFICATE OF SERVICE

I hereby certify that as of January 26, 2016 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and that I am unaware of any Defendants having retained counsel or otherwise entering an appearance in this matter.

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ *Stephen M. Fox Jr*
Stephen Michael Fox Jr
Florida Bar No.: 0110359