UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-CV-24644-Civ-COOKE/TORRES

AURELY JANNETT GUTIERREZ
REYES, and all others similarly
Situated,

     Plaintiffs,

vs.

RUBEN VARELA and
VANESA GARRIDO,

     Defendants.
_____/

**<u>DEFENDANTS' OBJECTIONS TO REQUESTS FOR ADMISSIONS, REQUEST FOR PRODUCTION AND INTERROGATORIES TO DEFENDANTS ON JURISDICTIONAL GROUNDS</u>**

     Defendants, RUBEN VARELA and IVANESSA GARRIDO, misnamed "VANESA GARRIDO" in Plaintiff's Complaint, by and through their undersigned counsel, object to the Request for Admissions, Request for Production and Interrogatories to Defendants purportedly served by the Plaintiff under certificate of service dated March 16, 2016, and as grounds therefore would show:

     1.    The Defendants, RUBEN VARELA and IVANESSA GARRIDO, have filed a Motion for an Order Quashing the Process purportedly served on Defendants and Dismissing Plaintiff's Complaint in this action for Lack of Jurisdiction over the person of the Defendants.

     2.    The Defendants filed their motion after they learned that the Plaintiff has attempted to serve the Defendants, RUBEN VARELA and IVANESSA GARRIDO (VANESA GARRIDO), with process in this action by delivering the suit papers on Defendants'

housekeeper, Gloria Torres, who does not reside with the Defendants. In support of their Motion Defendants filed an Affidavit from Defendant, Ivanesa Garrido, and subsequently filed in this action an Affidavit from the housekeeper, Gloria Torres, verifying that Ms. Torres does not reside with the Defendants and did not reside with them when the suit papers were left with her. This attempted service of process does not comport with any of the three enumerated means by which service of process is authorized under Rule (4e) (2) of the <u>Federal Rules of Civil Procedure</u>.

3. The Court has not yet issued a ruling on Defendants' Motion for an Order Quashing the Process purportedly served on Defendants and Dismissing Plaintiff's Complaint in this action for Lack of Jurisdiction. The Plaintiff has nonetheless sought to serve under certificate of mailing dated March 16, 2016 a Request for Admissions, a Request for Production and Interrogatories to Defendants.

4. Because the Defendants' Motion for Order Quashing the Process purportedly served on them and Dismissing Plaintiff's Complaint in this action for Lack of Jurisdiction is pending, and since the Court has not acquired jurisdiction over the Defendants, Plaintiff's service of the Request for Admissions, a Request for Production and Interrogatories to Defendants is premature and improper.

Respectfully submitted,

/s/ Paul J. Kneski
**PAUL J. KNESKI, ESQ.**
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing DEFENDANTS' OBJECTIONS TO REQUEST FOR ADMISSIONS, REQUEST FOR PRODUCTION AND INTERROGATORES TO DEFENDANTS was e-filed with the Clerk of Court using the CM/ECF system and a true and correct copy was on this  18TH   day of April, 2016 sent by electronic mail to:

J.H. ZIDELL, P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141
Elizabeth Olivia Hueber, Esq. (E-mail: Elizabeth.hueber.esq.@gmail.com)
Stephen Michael Fox, Jr., Esq. (E-mail: stephen.fox.esq.@gmail.com)
Jamie H. Zidell, Esq. (E-mail: zabogso@aol.com)

**LAW OFFICES OF PAUL J. KNESKI, P.A.**
**ATTORNEY FOR DEFENDANTS**
**PLANTATION MEDICAL ARTS BUILDING**
**SUITE 110**
**333 NORTHWEST 70TH AVENUE**
**PLANTATION, FLORIDA  33317**
**TEL: (954) 583-8765**
**FAX: (954) 900-4879**
**EMAIL :** paulj@kneski.comcastbiz.net

BY:    **/s/ Paul J. Kneski**
       **PAUL J. KNESKI, ESQ.**
       **FBN: 260770**